IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD PILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-21-961-C |
| ) | |
| JUDGE CANAVAN, ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on December 7, 2021, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner does not dispute the facts or the law set out in the Report and Recommendation, but merely restates why he believes he is entitled to relief. But the relief he seeks is not available, for the reasons clearly and accurately stated by Judge Erwin.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the petition for habeas corpus is dismissed. A judgment will enter accordingly.

IT IS SO ORDERED this 19th day of January 2022.

ROBIN J. CAUTHRON
United States District Judge